IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MELENDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:23cv426-MHT |
| | ) | (WO) |
| ANTONIO McCLAIN, Warden | ) | |
| III, and STEVE MARSHALL, | ) | |
| | ) | |
| Respondents. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 14) is adopted.

(2) The 28 U.S.C. § 2254 petition (Doc. 1) is denied and dismissed with prejudice as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

    This case is closed.

    DONE, this the 26th day of May, 2026.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE